Form 180 – ntchrgfail

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 10–38710–DHS
Chapter: 7
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Arthur Kupperman
43 Hampshire Drive
Mendham, NJ 07945

Social Security No.:
xxx–xx–6687

Employer's Tax I.D. No.:

**NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
IF DOCUMENTS ARE NOT TIMELY FILED**

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

List of All Creditors (Matrix), Social Secrity Declaration,Statement of Current Monthly Income and Means Test, Notice to Debtor under 342(b), Certification of Notice to Individual Consumer Debtors, Schedules B,E,G,H,

2. This case will be dismissed on September 30, 2010, unless the missing documents are received on or before that date by the Clerk of the Court at:

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before September 30, 2010.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: September 21, 2010
JJW: mlc

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1).

You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.